UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID I. GRAZETTE,

                Plaintiff,

-against-

MANPOWER; STEFANI PEREZ; MAXIMUS;
SHELLY R. LUCAS; RODNEY MENELAS,

                Defendants.

21-CV-4296 (LTS)

CIVIL JUDGMENT

    By order dated May 16, 2022, the Court construed Plaintiff's allegations as asserting employment discrimination claims because Plaintiff appeared to assert that he was wrongfully terminated from employment. Although doubtful that Plaintiff could cure the deficiencies in the complaint to state a valid claim, in an abundance of caution, the Court granted Plaintiff sixty days' leave to replead his claims in an amended complaint. Plaintiff has not filed an amended complaint.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 27, 2022
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge